SEALED DOCUMENTS