IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY MANN, THE STANLEY MANN 2007 INSURANCE TRUST, CHRISTIANA BANK & TRUST CO., as Trustee, and JOHN DOES 1-10,<br><br>Defendants. | C.A. No: 1:09-cv-00434-GMS |

**OPPOSITION TO WELLS FARGO DELAWARE TRUST COMPANY, N.A.'s, WELLS FARGO BANK, N.A.'s AND CHRISTIANA BANK & TRUST COMPANY'S MOTION TO QUASH THE SUBPOENAS *AD TESTIFCANDUM* SERVED ON THEM IN THEIR INDIVIDUAL CAPACITIES BY AMERICAN GENERAL LIFE INSURANCE COMPANY**

Plaintiff America General Life Insurance Company respectfully opposes nonparties Wells Fargo Delaware Trust Company, N.A., Wells Fargo Bank, N.A. and Christiana Bank & Trust Company's motion to quash the subpoenas *ad testificandum* directed to them in their individual capacities, served November 30, 2010. The legal and factual bases for this opposition are set forth in American General's Opposition to Wells Fargo Delaware Trust Company, N.A., Wells Fargo Bank, N.A. and Christiana Bank & Trust Company's Motion to Quash the subpoenas served on them on November 30, 2010, which was filed on November 30, 2010 (D.I. 98).

|  |  |
|---|---|
|  | COOLEY MANION JONES LLP |
|  | /s/ Amaryah K. Bocchino |
|  | Jason A. Cincilla (#4232) |
|  | Amaryah K. Bocchino (#4879) |
|  | 1105 North Market Street, Suite 200 |
|  | Wilmington, DE 19801 |
| OF COUNSEL | (302) 657-2100 |
| WILSON ELSER MOSKOWITZ | jcincilla@cmjlaw.com |
| EDEMAN & DICKER LLP | abocchino@cmjlaw.com |
| Robert P. Lesko |  |
| 33 Washington Street |  |
| Newark, New Jersey 07102-3017 |  |
| (973) 624-0800 ph. |  |
| (973) 624-0799 fx. |  |
| *Attorneys for Plaintiff* |  |
| *American General Life Insurance Company* |  |

December 30, 2010
418786v1

## CERTIFICATE OF SERVICE

I, Amaryah K. Bocchino, counsel of record for American General Life Insurance Company, hereby certify that on December 30, 2010, I electronically filed OPPOSITION TO WELLS FARGO DELAWARE TRUST COMPANY, N.A.'S, WELLS FARGO BANK, N.A.'S AND CHRISTIANA BANK & TRUST COMPANY'S MOTION TO QUASH THE SUBPOENAS AD TESTIFICANDUM SERVED ON THEM IN THEIR INDIVIDUAL CAPACITIES BY AMERICAN GENERAL LIFE INSURANCE COMPANY with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

Amaryah K. Bocchino (#4879)