IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff-Counterclaim Defendant, | ) ) ) | C.A. No. 09-434-GMS |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| STANLEY MANN, THE STANLEY MANN 2007 INSURANCE TRUST, CHRISTIANA BANK & TRUST CO., as Trustee, and JOHN DOES 1 – 10, | ) ) ) ) ) | |
| Defendants-Counterclaim Plaintiffs. | ) ) ) ) | |

**ORDER OF SPECIAL DISCOVERY MASTER ON
DEFENDANTS' REQUEST FOR RELIEF FROM
THE STIPULATED PROTECTIVE ORDER AND
DEFENDANTS' MOTION FOR PROTECTIVE ORDER
AS TO THE DEPOSITION/SUBPOENA DIRECTED TO FRANK PELLICONE**

WHEREAS, Defendants filed a letter request with the Special Discovery Master on March 18, 2011, seeking relief from the Stipulated Protective Order in order to show five documents to Mr. Stephen Mostecak for the purpose of having Mr. Mostecak authenticate those documents for trial; and

WHEREAS, Plaintiff filed its opposition letter to the above application of Defendants on March 18, 2011; and

WHEREAS, on March 18, 2011, Defendants filed an emergency letter application with the Special Discovery Master seeking the entry of a protective order to preclude the deposition and enforcement of a notice of deposition/subpoena directed by Plaintiff to Frank Pellicone, a resident of the state of Texas; and

WHEREAS, on March 21, 2011, Plaintiff filed a letter with the Special Discovery Master in opposition to Defendants' letter seeking the entry of a motion for protective order; and

WHEREAS, on March 21, 2011, at 2:00 P.M., the Special Discovery Master, the Honorable Louis C. Bechtle, heard oral argument by teleconference from counsel representing Plaintiff and Defendants on the above matters.

NOW, THEREFORE, IT IS HEREBY ORDERED this 22 day of March, 2011, that:

1. Defendants' application for leave for relief from the Stipulated Protective Order for the purpose of showing five documents produced by Plaintiff in this action, and marked as confidential, to Stephen Mostecak for purposes of authentication is hereby DENIED.

2. Defendants' application seeking a motion for protective order to preclude the enforcement and taking by Plaintiff of a deposition/subpoena requiring a deposition and the production of documents from Mr. Frank Pellicone, a resident of the state of Texas, is GRANTED. If Mr. Pellicone agrees to come to trial (as he has indicated he will), the parties shall accommodate any pressing scheduling or other needs that the witness may have as a result of his age and/or any medical issues that he may have to the extent practicable.

Louis C. Bechtle, Judge (Ret.)
Special Discovery Master

1005889/34503